In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00396-CV**

_____

**IN RE CAROL LYNNE GREGOIRE, AS REPRESENTATIVE OF THE ESTATE OF GREGG GREGOIRE**

**Original Proceeding**
**457th District Court of Montgomery County, Texas**
**Trial Cause No. 21-06-08481-CV**

**MEMORANDUM OPINION**

Before we issued an opinion in this original proceeding, Relator Carol Lynne Gregoire, as representative of the Estate of Gregg Gregoire, and Real Party in Interest Travis Lee Dobson, filed a joint motion to dismiss this original proceeding for a writ of mandamus. The parties inform the Court that the mandamus proceeding is moot because they have resolved their dispute.

We grant the joint motion to dismiss and dismiss this original proceeding without reference to the merits.

1

PETITION DISMISSED.

PER CURIAM

Submitted on December 21, 2022
Opinion Delivered December 22, 2022

Before Golemon, C.J., Kreger and Johnson, JJ.